UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-23580-MARTINEZ/BECERRA

MANUEL CHAVES,

    Plaintiff,

vs.

BASILICO RISTORANTE AT DORAL, INC., RODRIGO R. GONZALEZ, AND CARLOS LOYA,

    Defendants.
_____/

## JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Jacqueline Becerra) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

Dated this 24th day of January 2023.

| | |
|---|---|
| s/Toussaint Cummings, Esq. | COLE, SCOTT & KISSANE, P.A. |
| Toussaint Cummings Esq. (119877) | Counsel for Defendant INC.; BASILICO RISTORANTE AT DORAL, INC., RODRIGO R. GONZALEZ and CARLOS LOYA |
| toussaint@fairlawattorney.com | |
| FAIRLAW FIRM | |
| 135 San Lorenzo Avenue | |
| Suite 770 | Cole, Scott & Kissane Building |
| Coral Gables, FL 33146 | 9150 South Dadeland Boulevard, Suite 1400 P.O. Box 569015 |
| Tel:   305.230.4884 | |
| *Counsel for Plaintiff* | Miami, Florida 33256 |
| | Telephone (786) 268-6785 |