UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 22-23580-CIV-MARTINEZ-BECERRA**

MANUEL CHAVES,

    Plaintiff,

v.

BASILICO RISTORANTE AT DORAL, INC., RODRIGO R. GONZALEZ, and CARLOS LOYA.,

    Defendants.
_____/

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **JACQUELINE BECERRA** to take all necessary and proper action as required by law with respect to:

**All further proceedings in this case, including the trial and the entry of a final judgment.**

**ORDERED AND ADJUDGED** that it is the responsibility of the parties in this case to indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 22-23580-CIV-MARTINEZ-BECERRA).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of February, 2023.

                                                  JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record